UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GIBSON and LESLIE BINGHAM,<br><br>   Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10,<br><br>   Defendant. | Case No. 5:22-cv-343-AB-PVC<br><br>**[PROPOSED]** ~~**ORDER GRANTING STIPULATION REGARDING PLAINTIFFS' MOTION TO REMAND**~~ |

Pursuant to Stipulation, it is hereby **ORDERED** that:

Plaintiffs' Motion To Remand (Dkt. No. 9) is hereby withdrawn without prejudice to Plaintiffs re-filing.

**IT IS SO ORDERED.**

Dated:  _April 05, 2022_____

　　　　　　　　　　　　　　　HONORABLE ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE